NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

      vs.    Criminal Number   23-cr-175

MARK WAYNICK
      (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[ ] CJA      [X] RETAINED      [ ] FEDERAL PUBLIC DEFENDER

/s/  Michael J. Flanagan
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Michael J. Flanagan, #009445
*(Attorney & Bar ID Number)*

*(Firm Name)*

95 White Bridge Road, Suite 512
*(Street Address)*

Nashville       TN       37205
*(City)*   *(State)*   *(Zip)*

615-351-6891
*(Telephone Number)*