UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | NO.  0090 1:23CR00175-002 |
| | ) | JUDGE KELLY |
| | ) | |
| MARK WAYNICK | ) | |

_____

**MOTION TO CONTINUE SENTENCING HEARING**
_____

Comes the Defendant, MARK WAYNICK, by and through counsel, and moves the Court to continue the sentencing hearing presently set for October 16, 2024, for the following reasons:

1. On September 16, 2024, a draft Presentence Investigation Report was submitted by United States Probation.

2. On September 30, 2024, Counsel for Defendant Mark Waynick filed a Position document with objections to the guideline calculations.

3. On October 9, 2024, United States Probation submitted the final Presentence Investigation Report.

4. Pursuant to previous orders of the Court, the Defendant was required to file a Sentencing Memorandum by October 9, 2024, which was done.

5. As such, the Defendant Mark Waynick was required to file his Sentencing Memorandum without the benefit of reviewing the final Presentence Investigation Report, which contained an increased guideline range calculation.

6. 18 USC § 3552 requires that the Presentence Investigation Report be furnished to the

Defendant at least 10 days prior to the sentencing hearing.

7. The Presentence Investigation Report was submitted 7 days prior to the sentencing hearing.

Counsel for the Defendant Mark Waynick submits that additional time is needed for sufficient preparation for the sentencing hearing.

Respectfully submitted,

/s/ Michael Flanagan
Michael J. Flanagan, #9445
Attorney for Defendant, Mark Waynick
95 White Bridge Road, Suite 512
Nashville, TN  37205
615/356-1580

/s/ Charles R. Haskell
Charles R. Haskell
Attorney for Defendant, Mark Waynick
641 Indiana Avenue, NW
Washington, DC  20004
202/888-8728

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded, via the Court's electronic filing system, to Aliya Khalidi and Kyle McWaters, Assistant United States Attorneys, and United States Probation on this 11th day of October, 2024.

/s/ Michael Flanagan
Michael J. Flanagan